UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09cr9-RJC

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>(2) QUANTERRIOUS McCOY, )<br>)<br>Defendant. )<br>) | **FINAL ORDER AND JUDGMENT**<br>**CONFIRMING FORFEITURE** |

On September 9, 2009 this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32(d)(2), based upon the Defendant's plea of guilty on Counts One and Three in the Bill of Indictment. Count Three charges that the Defendant, during and in relation to the crime charged in Count One, did knowingly and unlawfully use and carry one or more firearms in furtherance of a crime of violence, in violation of 18 U.S.C. § 924.

On November 17, 2009 through December 16, 2009, the United States published via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to law, and further notifying all third parties of their right to petition the Court within sixty days from November 17, 2009 for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed. Based on the record in this case, including the defendant's plea of guilty, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statute.

**IT IS, THEREFORE, ORDERED**:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

> **One Smith & Wesson .357 caliber revolver, serial number DBH8219 and ammunition; and**
>
> **One CN Romarm 7.62x39 caliber assault rifle, serial number AB-1024-63 and ammunition**

Signed: April 29, 2010

Robert J. Conrad, Jr.
Chief United States District Judge